# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00660-CV

**William Fiifi Acquah, Appellant**

**v.**

**Florence Dadson, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 15-2797-FC4, HONORABLE JOHN B. McMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant William Fiifi Acquah's notice of appeal was filed in this Court on October 19, 2015.  On October 20, we notified him that he was required to make a written request and arrangements to pay for the clerk's record and the reporter's record within ten days from his receipt of our letter.  The clerk's record from the trial court was due to be filed in this Court on November 16, 2015.

On November 30, 2015, this Court notified Acquah that no clerk's record had been filed due to his failure to pay or make arrangements to pay the fee for preparing the clerk's record. The Court's notice requested that Acquah make arrangements for the clerk's record and submit a status report regarding this appeal by December 10.  In addition, the notice informed Acquah that his appeal was subject to dismissal if he did not comply with our instructions.  To date, Acquah has

not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If the trial court's clerk fails to file the clerk's record due to appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, Acquah has not established that he is entitled to proceed without payment of costs, *see* Tex. R. App. P. 20.1 (providing procedure for establishing indigence on appeal), and he has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Prosecution

Filed: January 26, 2016